United States District Court
— Northern District of New York —

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 1 3 2024
AT ___ ___ O'CLOCK
John M. Domurad, Clerk - Syracuse

Russian Federation (Plaintif)
vs
United States of America, Demicrates, Republicans and President Joe Biden + Media outlets. (Defendants)

Civil Action #
8:24-cv-772
(DNH/CFH)

**Emergency Injunction**

1. (Plaintiffs) Russian Federation — represented by: International Attorney
   — André Rene Levesque
   35A Smithfield Blvd #149
   Plattsburgh, New York 12901

2. (Defendants) U.S.A., Republican, demicrates, and President Joe Biden, media outlets
   Oval office
   1600 Pennsylvania Ave (N.W.?)
   Washington, D.C. 20500

3. At issue is the "Rebuilding Economic Prosperity and opportunity for Ukrainians Act" There Interference with a legitimate Police Action (sic) Amongst others

1 of

<u>4.</u> The District of Columbia is a territory just like a Native American Reservation were they force themselves on others like child molesters force themselves on child. There subjects have "<u>no</u>" vote or representation in the alledged government "<u>No</u>" hearing, "<u>No</u>" charge and have instigated an International Incident with there 5-6 billion doller fine and 60 billion doller Interference with a legitimate police Action funding criminals such as themselves a treasonistic Act. (sic), causing the Plaintiffs immence distress and irreperable harms. [If, I were to interfere with two police officers (intimidating them) while they attack, rob and talk to someone funny I would be arrested charged, jailed and or fined. In this case law and order has once again been ignored by what the Native American population calls "Murdering Maurading Thieves and terrorists" who have lifted themselves up to a godly state ignoring due process, like the socio-paths they support and there fictisous ail-ments]

2 of ___

<u>5.</u> Even the alledged Mentally ill get a hearing in front of a Judge, Some call a witch hunt were they ply there craft threatening gang assults to force there victims into taking majic elixers, that do nothing but cause physical allments. In this case the Russian federation was "<u>not</u>" afforded a hearing and 5-6 billions have been conficated, and the U.S. government is in fact supporting a criminal organization by supplying 60 billion dollers in weaponry to thrawt a Police Action being conducted by the Plaintiffs. While they also fund the <u>I</u>sreal slaughter of women and children who have "<u>no</u>" vote or representation in that reginal conflict [After there walled in slaves revolted.] Proveing they are in fact Murdering Maurauding Thieves who have "<u>no</u>" respect for laws or constitutional rights of people everyware causing the Plaintiffs severe-undo emotional distress, irreperable harms as they murder indiscriminately- Police officers, women and children (sic). In forigne lands

3 of

<u>6.</u> The international criminal court in Europe who represent 124 countries, alledgely. They have issued an arrest warrent for the duely elected President of the Russian Federation. "Vlatimire Putin" for abducting hoards of children from the Ukrain, while the Americans and Isrealites slaughter children by the thousands and ~~starve~~ starve 10,000's of thousands more. This "I.C.C." has been petitioned by a prosecutor to hold the leader of Isreal, gaza and there west bank territory Benjirmin Natenav to jail him for war crimes. However Neither America, Russia or Isreal are member nations to the I.C.C. as the Native Americans claim "War Crimes" by Washington and its "536" representitives are committing "War crimes" Now here in America.

The only other Actual court in the world is the "U.SA." Federal court with the power to hold the United States Government accountable. This is causing the People of the Russian Federation Immence distress's and irreperable harms there pain and suffering. The oppression is staggering.

[4 of ]

<u>7.</u> In 1672 a "treaty" with the Native Americans was inacted, with the French, English and Spanish for appropriate social intergration. The Dutch and French along with there new Friends were overrun by "Terrorists" being the House of lords of (UK) British slum urchents @ turned soldier en-root to the lands North of the Hudson bay and forced themselves on the indiginant populations north of that line.

It is in "Dutch, Netherlands" were the Internation criminal court. 124 countrys support this organization of concerned people. The United States of America is (not) one of them.

The United States Supreme court has quated an "Old english law, deporting a child from Florida to "Cuba an Island just sooth of North America. by Quating such law enacted before 1776.

It therefor must Honor the treaty from 1672. - It also has the power to prevent the U.S. Congress + President to block this body from steeling money and supporting the interference by and from the Russian

7. (Continued) Federation's Police Action in the Ukraine, as it is an "unjust deliberation" to inpose a fine of siezed money it percieves it can do without "bond, charge or due process" and in their actions committing theft, like common criminals.

8. About a decade ago, 10 years or so/sew 104 protesters in the Ukrain were killed one day. Some of whom, were Russian Decendants. The, then Ukrainian President fled to Moscow Hundreds of miles north of Kyiv.

⅓ of the lands of Ukrain to the East is mostly occupied by Russian Decendents who don't speak Ukrainian laungvage further complicating territorial perceptions.

Until the ~~beggining~~ begining of the Police Action the Russian Federation took up in 2022, Ukrainian Presidents came and went yearly, as over 10,000 people were killed in secular civil war amongst the **5** factions of Ukrainian Politikits, and a Dutch Airliner with 238 people was shot down during this past 10 years.

6 of

8. (continued) the civil unrest south of the lands in Russia prompted by over 300,000 letters to Moscow from Ukrain and a mounting upto The Russian Government to Issue 750,000 visa's to Russian Decendents as they prepaired to conduct what they believed to be warrented.

9. The U.S.A. Government, "bully's" as they are by imposing said fines and providing support for criminals amounts to them themselves conducting a police action and in "spirt" of such action have themselves Arrested and detained the Russian Federation, conficating their money and made them Prisoners who they beat daily a, [Human Rights violation]
All while enlisting others thru Intimidation a form of R.estricting A.ppropriate P.romised E.ntitlement D.iliberately. Hurrassing other victims of the Imperilist idiolgy, being the ("North Koreans" Peoples Demlcratic Republic of Korea) China and others. As they Gang up on them like School yard bullys. One by one they give up on morals and values to fit in to the social group. This is causing the Plaintiffs Immense distress's and irreperable harms.

7 of

<u>10.</u> Let me remind the court, that after the Queen of England bequithed, upstate N.Y. to her subjects to end the war in 1812 the United States's new government, continued to murder, Rape and enslave the Native populations, west of the Mississippi river relentlessly. Proving they cannot be trusted today, As Mimicing has perpetrated there midevil deranged iddology to continev to police other nations and should be forced to mind there own business, instead of interfering with the Plaintiffs' legitimate police action. As they encourage a hazing harriment campaigne with news outlets "like C.N.N. Fox News MSNBC, who themselves with 24hr paid entertainment propaganda caused a fake scare with an alledged corona-virus, CO.V.I.D. and plunged America into a deep recession. 400,000 people each year surcumb to flu like symptoms, mostly from the lack of salt. This slanderous rampage should be stopped with a restraining order as methical as its also causdng the Plaintiffs severe-undo emotional <s>distress</s>'s and irreperable harms

8 of

11- The Russian Federation is trying to investigate the Dutch Airliner that was shot down, The Ukrainians didn't secure the wreckage and there possesions were looted.

In Belesarous on friday May 24th 2024 the real president of the Ukraine who fled in 2014 after the 104 protesters got shot and killed was participating in Mobil nuclear drills.

The current addministration and congress are jepradizing national security by funding the criminals of Ukraine with last months 61 billion dollar weapory dispersement to esculate the conflict, as they did in the 1870's by forcing the Japanize to trade coal, That esculated into the Justified attack of Pearl Harbor in 1941. This is causing the Plaintiffs immence distress and irreperable harms.

The U.S. Congressianal members, Media an President Joe Biden should all be jailed without bond for war crimes, or Police brutality leading to countless deaths from their depraved dilliberate indifference and Hazings

See: attached evidence

9 of

12. In logic, if the U.S. Congress is policing, then, the Russian Federation are prisoners and entitled under the Prisoner Rights act of 1983 amended In 1997, a 20 chapter defacto constitutional amendment, were a detainee "NO" longer has to prove deliberate Indiference on behalf of Governmental Court officers as defined, The U.S. Supreme Court has left it to a perception of distress of the accused and for Majistrates to evolve prisoner rights.

In this case, The Plaintiffs money has been stolen, they've been endlessly slandered, under anti-bullying laws, this illegal activity by the Media fulled by Rough Sharding Prudish Ninnys and heckling haggalling nay-sayers in The U.S. Congress, only adds to the Plaintiffs distress's

13. In conclusion: All of this has and continues to cause the Plaintiffs severe-ando emotional distress, immense distress's, and irreperable harms their pain and suffering is enormous.

## Relief Sought

The Honorable Court must issue a restraining order against the United States Government and free up their prisoners 5-6 billion dollers order them to stop the 61 billion doller weapons deal and prevent any further slander by the media as they are inciting violence with there reteric of war + invalsins to justify the U.S.A.'s murderous rampage that goes unchecked and has since 1776.

Weather its war or a police action, the Native Americans are still at war with the imperilists and there dollar an hour slave labor. and they are (not) subject to be jailed for war crimes here in the alledged U.S.A. or in the Hague Netherlands - International criminal court.

Or any other order the Honorable Court deems just and proper.

c/o Chinese Consulet
Honoi, Vietnaum
Iranians

5-27-24

International Attorney
André Rene Levesque
35 A Smithfield Blvd - 149
Plattsburgh, N.Y. 12901

André Rene Levesque

11 of

I Attest the foregoing is true and correct under penalty of Purjury. Executed on 5-27-24

I André Rene Levesque an International Attorney, served the Defendants thru the U.S. Postal Service @ Oval office 1600 Pennsylvania Ave (NW), Washington. D.C. 20500. after recieving a docket # from the Court Clerk.

*André Rene Levesque*

Until I recieve said docket # of course this Attestment is decieving.

All correspondence to the President of the USA @ the Oval office is concidered priority by the Post Master General.

Since this is an "Emergency Injunction" the court must make a tentitive order in favor of the "Plaintiff" before they have a chance to respond.