UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RUSSIAN FEDERATION
O/B/O ANDRE RENE LEVESQUE,

              Plaintiff,

              -v-                          8:24-CV-772

UNITED STATES OF AMERICA,

              Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                          OF COUNSEL:

RUSSIAN FEDERATION O/B/O
   ANDRE RENE LEVESQUE
Plaintiff, Pro Se
Plattsburgh, NY 12901

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On June 13, 2024, *pro se* plaintiff the Russian Federation, acting on behalf of Andre Rene Levesque, ("plaintiff") commenced this action alleging that defendants violated his rights by *inter alia* interfering with the Russian government's military actions in the country of Ukraine. Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"), Dkt. No. 2.

On November 22, after conducting an initial review of plaintiff's complaint, U.S. Magistrate Judge Christian F. Hummel granted plaintiff's IFP Application. Dkt. No. 4. Judge Hummel further advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed in its entirety. *Id*.

Plaintiff has not ledged objections and the time period in which to do so has expired. *See* Dkt. No. 4. Upon review for clear error, Judge Hummel's R&R is accepted and will be adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 4) is ACCEPTED; and

2. Plaintiff's complaint is DISMISSED <u>without</u> leave to amend.

The Clerk of the Court is directed to terminate the pending motion and enter a judgment accordingly.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated: December 18, 2024
      Utica, New York.